**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6518**

———————————

RONALD FINK,

                                    Plaintiff - Appellant,

       versus

GARY L. BASS, Manager c/o CCB; A.D. ROBINSON,
Warden; CARL MAINS, Assistant Warden c/o Pro-
grams; E.B. WALKER, Assistant Warden c/o Oper-
ations; E. DAVIS, Institutional Investigator;
E. WILLIS, Treatment Program Supervisor,
Chairman c/o ICA; T. FORD, Chief Counselor; R.
PARMENTOR, Counselor,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-01-186-2)

———————————

Submitted: July 12, 2001             Decided: July 26, 2001

———————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald Fink, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Fink appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fink v. Bass, No. CA-01-186-2 (E.D. Va. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2